UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 3:08CR33 DPJ-JCS

ARTHUR LAMAR ADAMS,  16 U.S.C. § 704(b)(1)
WILLIAM SAUL ALEXANDER,  16 U.S.C. § 704(b)(2)
SAMUEL CHANCY BARNES,  16 U.S.C. § 703
WALTON LAMAR BOWIE,  50 C.F.R. § 20.21(i)
JUSTIN JERNIGAN BRIDGES,  50 C.F.R. § 20.21(d)
THOMAS WALTON DALLAS,
WILLIAM DANIELS,
GERALD FILE,
WILLIAM KOLBY GREEN,
JOHN AUSTIN HENDERSON,
EVERETTE HILL,
RALPH T. HINES,
BEN KAHLMUS,
EDWARD F. KENNEDY III,
ZACH S. LUKE,
BARRY LEE PRATHER,
MACK A. SIMPSON,
BRANDON SNYDER,
MEARLE C. TYLER, and
DEREK WESLEY WILLIAMS



FILED
FEB 29 2008
J. T. NOBLIN, CLERK
BY_____ DEPUTY

**The United States Attorney charges:**

COUNT 1

On or about September 2, 2007, in Holmes County in the Jackson Division of the Southern District of Mississippi, the defendants, **ARTHUR LAMAR ADAMS, WILLIAM SAUL ALEXANDER, SAMUEL CHANCY BARNES, WALTON LAMAR BOWIE, JUSTIN JERNIGAN BRIDGES, THOMAS WALTON DALLAS, WILLIAM DANIELS, GERALD FILE, WILLIAM KOLBY GREEN, JOHN AUSTIN HENDERSON, EVERETTE HILL, RALPH T. HINES, BEN KAHLMUS, EDWARD F. KENNEDY III,**

**ZACH S. LUKE, BARRY LEE PRATHER, MACK A. SIMPSON, BRANDON SNYDER, MEARLE C. TYLER, and DEREK WESLEY WILLIAMS,** aided and abetted by one another, did take migratory game birds, that is, mourning dove, by the aid of bait and on or over a baited area when the defendants knew or should have known that the area was a baited area, all in violation of Sections 703, 704(b)(1), and 707(a), Title 16, United States Code, Section 20.21(i), Title 50, Code of Federal Regulations, and Section 2, Title 18, United States Code.

COUNT 2

On or about September 2, 2007, in Holmes County in the Jackson Division of the Southern District of Mississippi, the defendant, **MACK A. SIMPSON,** did unlawfully place bait on and adjacent to an area for the purpose of causing and allowing a person to take and attempt to take migratory game birds, that is, mourning dove, by the aid of baiting on and over any baited area, all in violation of Section 704(b)(2), Title 16, United States Code, and Section 20.21(i), Title 50, Code of Federal Regulations.

COUNT 3

On or about September 2, 2007, in Holmes County in the Jackson Division of the Southern District of Mississippi, the defendant, **WILLIAM K. GREEN**, did unlawfully take migratory game birds, that is, mourning dove, in violation of the laws of the State of Mississippi in that **BROWN** did not possess a valid state hunting license as required by MCA § 49-7-45(a) all in violation of Sections 703 and 707(a), Title 16, United States Code and Section 20.72, Title 50, Code of Federal Regulations.

COUNT 4

On or about September 2, 2007, in Holmes County in the Jackson Division of the Southern District of Mississippi, the defendant, **GERALD FILE**, did unlawfully take migratory

game birds, that is, mourning dove, in violation of the laws of the State of Mississippi in that **BROWN** did not possess a valid state hunting license as required by MCA § 49-7-45(a) all in violation of Sections 703 and 707(a), Title 16, United States Code and Section 20.72, Title 50, Code of Federal Regulations.

## COUNT 5

On or about September 2, 2007, in Holmes County in the Jackson Division of the Southern District of Mississippi, the defendant, **JUSTIN J. BRIDGES**, did unlawfully take migratory game birds, that is, mourning dove, in violation of the laws of the State of Mississippi in that **BROWN** did not possess a valid state hunting license as required by MCA § 49-7-45(a) all in violation of Sections 703 and 707(a), Title 16, United States Code and Section 20.72, Title 50, Code of Federal Regulations.

## COUNT 6

On or about September 2, 2007, in Holmes County in the Jackson Division of the Southern District of Mississippi, the defendant, **BEN KAHLMUS**, did unlawfully take migratory game birds, that is, mourning dove, in violation of the laws of the State of Mississippi in that **BROWN** did not possess a valid state hunting license as required by MCA § 49-7-45(a) all in violation of Sections 703 and 707(a), Title 16, United States Code and Section 20.72, Title 50, Code of Federal Regulations.

## COUNT 7

On or about September 2, 2007, in Holmes County in the Jackson Division of the Southern District of Mississippi, the defendant, **EVERETTE HILL**, did unlawfully take migratory game birds, that is, mourning dove, in violation of the laws of the State of Mississippi

in that **BROWN** did not possess a valid state hunting license as required by MCA § 49-7-45(a) all in violation of Sections 703 and 707(a), Title 16, United States Code and Section 20.72, Title 50, Code of Federal Regulations.

for DUNN LAMPTON
United States Attorney